IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| ISMAIL HAKIM MALIK SHABAZZ, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CV 02-J-2514-S |
| | ) |
| ANN MARIE ADAMS, et al., | ) |
| | ) |
| Defendants. | ) |

## MEMORANDUM OF OPINION

The magistrate judge filed a report and recommendation on March 26, 2003, recommending that this action filed pursuant to 42 U.S.C. § 1983 be dismissed for failing to state a claim upon which relief can be granted under 28 U.S.C. § 1915A(b). The plaintiff filed objections to the report and recommendation on April 1, 2003. (Doc. 13). Therein, he asserts that the magistrate judge failed to address his First Amendment claim concerning the fact that the defendants have refused to acknowledge his legal name. (*Id.* at ¶ 2).

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation and the objections thereto, the Court is of the opinion that the magistrate judge's report is due to be and is hereby ADOPTED and the recommendation is ACCEPTED. Accordingly, the complaint is due to be dismissed for failing to state a claim upon which relief can be granted pursuant to 28 U.S.C. § 1915A(b).

To the extent the plaintiff asserts that the defendants have refused to acknowledge his legal name, the court finds that these allegations fail to allege a constitutional claim under the circumstances specified concerning these defendants. An appropriate order will be entered.

DATED this __15__ day of __April__, 2003.

*[signature]*
INGE P. JOHNSON
UNITED STATES DISTRICT JUDGE